UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STATE FARM FIRE and CASUALTY INSURANCE COMPANY as subrogee of Tommy Sledge,<br><br>    Plaintiff,<br><br>v.<br><br>MAYTAG CORPORATION, WHIRLPOOL CORPORATION, and FICTITIOUS DEFENDANTS A, B, and C, being the persons, firms or corporations responsible for the manufacture, design and sale of the clothes dryer which caused damages to the property of the Plaintiff on the occasion described in the Complaint; D, E, and F, being the persons, firms or corporations responsible for the design, manufacture, sale and assembly of the clothes dryer which caused the damages to the property of the Plaintiff on the occasion described in the Complaint; G, H and I being the persons, firms or corporations responsible for placing the clothes dryer in the stream of commerce; all of which such fictitious, defendants true names are unknown to the Plaintiff but which will be added by amendment when ascertained,<br><br>    Defendants. | Case No.: 2:12-cv-01001-MEF-SRW |

## MOTION TO DISMISS

COMES NOW, the parties in the above-styled cause and moves the Court to dismiss all Defendants, in the above referenced matter, with prejudice, cost taxed as paid.

Filer has the expressed permission to file this document with the signature of Matthew W. White as the parties are in agreement.

Dated: May 29, 2013

By: *s/William P. Sawyer*
WILLIAM P. SAWYER (ASB-6825-S60W)
529 South Perry Street, Suite 20
Montgomery, AL 36104
Office: 334-262-2756
Fax: 334-262-2759

**Attorney for Plaintiff State Farm Fire and Casualty Insurance Company**

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

Dated: May 29, 2013

By: *s/Matthew W. White*
Matthew W. White (ASB-6809-W83M)
205 South 9th Street
Opelika, AL 36803
Office: 334-745-6466
Fax: 334-749-2800

**Attorney for Defendant Whirlpool Corporation**